1  Kevin Kieffer
   Nevada State Bar No. 7045
2  TROUTMAN SANDERS LLP
3  5 Park Plaza, Suite 1400
   Irvine, CA 92614
4  Telephone: (949) 622-2708
   Facsimile: (949) 769-2056
5  Email: Kevin.Kieffer@troutman.com
   *Attorney for Defendant PHH Mortgage Corporation*
6

7  Gary E. Schnitzer
   Nevada Bar Number 395
8  KRAVITZ, SCHNITZER & JOHNSON
   gschnitzer@ksjattorneys.com
9  8985 S. Eastern Avenue, Suite 200,
   Las Vegas, NV 89123
10 Telephone: (702) 222-4142
   Facsimile: (702) 362-2203
11 Email: gschnitzer@ksjattorneys.com
12 *Designated Attorney pursuant to LR IA 11-1(b)(2) for Defendant PHH Mortgage Corporation*
13

14
                     **UNITED STATES DISTRICT COURT**
15                          **DISTRICT OF NEVADA**

16  | MARCIA LEE, | Civil No. 2:20-cv-00742-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| EQUIFAX INFORMATION SERVICES LLC; PHH MORTGAGE CORPORATION; AND TRANSUNION LLC, | **(First Request)** |
| Defendants. | |

        Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant PHH Mortgage Corporation ("Defendant") and Plaintiff Marcia Lee ("Plaintiff"), by and through her respective counsel, (collectively the "Parties") hereby stipulate as follows:

- 1 -

1. Plaintiff filed her Complaint on April 24, 2020;

2. Defendant was served with the Complaint on April 28, 2020;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is May 19, 2020;

4. Defendant has requested, and Plaintiff has consented to, an additional thirty (30) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional thirty (30) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6. Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including June 18, 2020 to file a responsive pleading to Plaintiff's Complaint.

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//

//

//

//

//

//

//

Defendant PHH MORTGAGE CORPORATION shall have up to and including June 18, 2020 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated this 18th day of May 2020.

| | |
|---|---|
| */s/ Shaina Plaksin* <br> Shaina Plaksin, Esq. <br> Nevada Bar No. 13935 <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> KNEPPER & CLARK LLC <br> 5510 S. Fort Apache Rd., Ste. 30 <br> Las Vegas, NV 89148 <br> Telephone: (702) 825-6060 <br> Facsimile: (702) 447-8048 <br> Email: Shaina.plaksin@knepperclark.com <br> matthew.knepper@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Ave., Ste. 350 <br> Henderson, NV 89123 <br> Telephone: (702) 880-5554 <br> Facsimile: (702) 385-5518 <br> Email: dkrieger@hainesandkrieger.com <br> *Attorneys for Plaintiff Marcia Lee* | */s/ Kevin F. Kieffer* <br> Kevin F. Kieffer <br> Nevada Bar No. 7045 <br> TROUTMAN SANDERS LLP <br> 5 Park Plaza, Suite 1400 <br> Irvine, CA 92614 <br> Telephone: (949) 622-2708 <br> Facsimile: (949) 769-2056 <br> Email: Kevin.Kieffer@troutman.com <br> *Attorney for Defendant PHH Mortgage Corporation* <br><br> */s/ Gary E. Schnitzer* <br> Gary E. Schnitzer <br> Nevada Bar Number 395 <br> KRAVITZ, SCHNITZER & JOHNSON <br> gschnitzer@ksjattorneys.com <br> 8985 S. Eastern Avenue, Suite 200, <br> Las Vegas, NV 89123 <br> Telephone: (702) 222-4142 <br> Facsimile: (702) 362-2203 <br> Email: gschnitzer@ksjattorneys.com <br> *Designated Attorney pursuant to LR IA 11-1(b)(2) for Defendant PHH Mortgage Corporation* |

**IT IS ORDERED.**

DATED this 19th day of May, 2020.

_____
United States Magistrate Judge