**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA LEE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, PHH MORTGAGE CORPORATION, and TRANSUNION LLC,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00742-APG-EJY<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Marcia Lee ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

　　　　On April 24, 2020, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 19, 2020.  Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.  This Joint Motion is made in good faith and not for the purposes of delay.

　　　　Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 9, 2020.  This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

4372058.1

1

Dated this 19th day of May 2020.

          **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

          */s/ Jennifer Bergh*
          **JENNIFER BERGH**
          Nevada Bar No. 14480
          2001 Bryan Street, Suite 1800
          Dallas, TX 75201
          (214) 871-2100
          (214) 871-2111 Fax
          jbergh@qslwm.com
          **Counsel for Trans Union LLC**

          **HAINES & KRIEGER, LLC**

          */s/ Shaina R. Plaksin*
          **DAVID H. KRIEGER**
          Nevada Bar No. 9086
          8985 S. Eastern Ave., Suite 350
          Henderson, NV 89123
          (702) 880-5554
          (702) 385-5518 Fax
          dkrieger@hainesandkrieger.com
          smiller@hainesandkrieger.com

          and

          **MATTHEW I. KNEPPER**
          Nevada Bar No. 12796
          **MILES N. CLARK**
          Nevada Bar No. 13848
          **SHAINA R. PLAKSIN**
          Nevada Bar No. 13935
          **KNEPPER & CLARK LLC**
          5510 S. Fort Apache Road, Suite 30
          Las Vegas, NV 89148-7700
          (702) 856-7430
          (702) 447-8048 Fax
          Matthew.knepper@knepperclark.com
          Miles.clark@knepperclark.com
          Shaina.plaksin@knepperclark.com
          **Counsel for Plaintiff**

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  May 20, 2020**

4372058.1

2