**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA LEE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, PHH MORTGAGE CORPORATION, and TRANSUNION LLC,<br><br>Defendants. | Case No. 2:20-cv-00742-APG-EJY<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Marcia Lee ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 24, 2020, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 9, 2020.  Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.  This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 23, 2020.  This is the second motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

4401443.1

1

Dated this 9th day of June 2020.

        **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

        */s/ Jennifer Bergh*
        **JENNIFER BERGH**
        Nevada Bar No. 14480
        2001 Bryan Street, Suite 1800
        Dallas, TX 75201
        (214) 871-2100
        (214) 871-2111 Fax
        jbergh@qslwm.com
        **Counsel for Trans Union LLC**

        **HAINES & KRIEGER, LLC**

        */s/ Shaina R. Plaksin*
        **DAVID H. KRIEGER**
        Nevada Bar No. 9086
        8985 S. Eastern Ave., Suite 350
        Henderson, NV 89123
        (702) 880-5554
        (702) 385-5518 Fax
        dkrieger@hainesandkrieger.com
        smiller@hainesandkrieger.com

        and

        **MATTHEW I. KNEPPER**
        Nevada Bar No. 12796
        **MILES N. CLARK**
        Nevada Bar No. 13848
        **SHAINA R. PLAKSIN**
        Nevada Bar No. 13935

**IT IS SO ORDERED.**
        **KNEPPER & CLARK LLC**
        5510 S. Fort Apache Road, Suite 30
        Las Vegas, NV 89148-7700
        (702) 856-7430
        (702) 447-8048 Fax

*[signature]*
**U.S. MAGISTRATE JUDGE**
        Matthew.knepper@knepperclark.com
        Miles.clark@knepperclark.com

**Dated:  June 10, 2020**
        Shaina.plaksin@knepperclark.com
        **Counsel for Plaintiff**

4401443.1

2