Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA LEE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; and TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:20-cv-00742-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: April 24, 2020 |

Plaintiff Marcia Lee ("Plaintiff"), by and through her counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1.  On April 24, 2020, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On June 23, 2020, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.23].

3. Plaintiff's Response is due July 7, 2020.

4. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order for the parties to continue engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy, and to extend Trans Union's deadline to file a reply in support of her motion for fourteen days for the same reasons. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until July 21, 2020 and to extend the date for Trans Union to file their Reply until **August 4, 2020**.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose

**IT IS SO STIPULATED.**
Dated July 7, 2020

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer R. Bergh, Esq., SBN 14480 |
| Miles N. Clark, Esq., SBN 13848 | 6900 N. Dallas Parkway, Suite 800 |
| Shaina R. Plaksin, Esq., SBN 13935 | Plano, Texas 75024 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: jbergh@qslwm.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | **ALVERSON TAYLOR & SANDERS** |
| Email: miles.clark@knepperclark.com | Trevor Waite, Esq., SBN 13779 |
| Email: shaina.plaksin@knepperclark.com | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, NV 89149 |
| **KRIEGER LAW GROUP, LLC** | Email: twaite@alversontaylor.com |
| David H. Krieger, Esq., SBN 9086 | |
| Shawn W. Miller, Esq., SBN 7825 | *Counsel for Defendant* |
| 2850 W. Horizon Ridge Parkway, Suite 200 | *Trans Union LLC* |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| Email: smiller@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiff* | |

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

| **KRAVITZ, SCHNITZER & JOHNSON** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Gary E. Schnitzer* | /s/ *Jeremy J. Thompson* |
| Gary E. Schnitzer, Esq., SBN 395 | Jeremy J. Thompson, Esq., SBN 12503 |
| 8985 S. Eastern Avenue, Suite 200, | 3800 Howard Hughes Parkway, Suite 500 |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| Email: GSchnitzer@ksjattorneys.com | Email: jthompson@clarkhill.com |
| | |
| **TROUTMAN SANDERS LLP** | *Counsel for Defendant* |
| Kevin Kieffer, Esq., SBN 7045 | *Equifax Information Services LLC* |
| 5 Park Plaza, Suite 1400 | |
| Irvine, CA 92614 | |
| Email: Kevin.Kieffer@troutman.com | |
| | |
| *Counsel for Defendant* | |
| *PHH Mortgage Corporation* | |

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/7/2020

*Lee v. Equifax Information Services, LLC et al*
*Case No: 2:20-cv-00742-APG-EJY*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430