1

2

Matthew I. Knepper, Esq., NV Bar No. 12796
Miles N. Clark, Esq., NV No. 13848
Shaina R. Plaksin, Esq., NV Bar No. 13935
KNEPPER & CLARK LLC

3

5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148

4

Phone: (702) 856-7430
Fax: (702) 447-8048

5

Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

6

Email: shaina.plaksin@knepperclark.com

7

8

David H. Krieger, Esq., NV Bar No. 9086
Shawn W. Miller, Esa., NV Bar No. 7825
KRIEGER LAW GROUP, LLC

9

2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

10

Phone: (702) 848-3855, Ext. 101

11

Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

12

13

*Counsel for Plaintiff*

14

**UNITED STATES DISTRICT COURT**

15

**DISTRICT OF NEVADA**

16

MARCIA LEE,

Case No. 2:20-cv-00742-APG-EJY

17

Plaintiff,

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**

18

v.

19

EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; and TRANS UNION LLC,

**[THIRD REQUEST]**

20

Complaint filed:  April 24, 2020

21

Defendants.

22

Plaintiff Marcia Lee ("Plaintiff"), by and through her counsel of record, and Defendant

23

24

Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

25

1.      On April 24, 2020, Plaintiff filed a Complaint [ECF Dkt. 1].

26

2.      On June 23, 2020, Trans Union filed a Motion to Dismiss the Complaint [ECF

27

Dkt. 23].

28

3.      Plaintiff and Trans Union stipulated to extend Plaintiff's Response due date to July 21, 2020, which was granted by the Court on July 7, 2020 [ECF Dkt. 25].

4.      The Parties filed a stipulation to extend Plaintiff's Response deadline to August 4, 2020 [ECF Dkt. 31].

5.      Plaintiff and Trans Union have agreed to extend Plaintiff's response another fourteen days in order for the parties to continue engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy, and to extend Trans Union's deadline to file a reply in support of its motion for fourteen days for the same reasons.  As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **August 18, 2020**, and to extend the date for Trans Union to file their Reply until **September 1, 2020**.

//

//

//

//

//

//

//

//

//

//

//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

1

  This stipulation is made in good faith, is not interposed for delay, and is not filed for an

2

improper purpose

3

  **IT IS SO STIPULATED.**
  Dated August 3, 2020

4

| | |
|---|---|
| **KNEPPER & CLARK LLC**<br><br>/s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Shaina R. Plaksin, Esq., SBN 13935<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>Shawn W. Miller, Esq., SBN 7825<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**<br><br>/s/ *Jennifer R. Bergh*<br>Jennifer R. Bergh, Esq., SBN 14480<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq., SBN 13779<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
| **KRAVITZ, SCHNITZER & JOHNSON**<br><br>/s/ *Gary E. Schnitzer*<br>Gary E. Schnitzer, Esq., SBN 395<br>Email: GSchnitzer@ksjattorneys.com<br><br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Kevin Kieffer, Esq., SBN 7045<br>Email: Kevin.Kieffer@troutman.com<br><br>*Counsel for Defendant*<br>*PHH Mortgage Corporation* | **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq., SBN 12503<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/3/2020

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

3 of 3