Matthew I. Knepper, Esq., Nevada Bar No. 12796
Miles N. Clark, Esq., Nevada Bar No. 13848
Shaina R. Plaksin, Esq., Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq., Nevada Bar No. 9086
Shawn W. Miller, Esa., Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA LEE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:20-cv-00742-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FOURTH REQUEST]**<br><br>Complaint filed: April 24, 2020 |

Plaintiff Marcia Lee ("Plaintiff"), by and through her counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On April 24, 2020, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On June 23, 2020, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt. 23].

3. Plaintiff and Trans Union stipulated to extend Plaintiff's Response due date to July 21, 2020, which was granted by the Court on July 7, 2020 [ECF Dkt. 25].

4. On August 4, 2020, the Court granted the Parties' third stipulation to extend Plaintiff's deadline to respond to Trans Union's Motion to Dismiss [ECF Dkt. 34].

5. Plaintiff's Response deadline is August 18, 2020.

6. Plaintiff and Trans Union have agreed to extend Plaintiff's response another fourteen days in order for the parties to continue engaging in settlement discussions. Complications due to COVID-19 have lengthened these settlement discussions. However, resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy. Plaintiff and Trans Union agree to extend Trans Union's deadline to file a reply in support of its motion for fourteen days for the same reasons. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **September 1, 2020**, and to extend the date for Trans Union to file their Reply until **September 15, 2020**.

//
//
//
//
//
//
//
//
//
//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose

**IT IS SO STIPULATED.**
Dated August 17, 2020

| | |
|---|---|
| **KNEPPER & CLARK LLC**<br><br>/s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Shaina R. Plaksin, Esq., SBN 13935<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>Shawn W. Miller, Esq., SBN 7825<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**<br><br>/s/ *Jennifer R. Bergh*<br>Jennifer R. Bergh, Esq., SBN 14480<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq., SBN 13779<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
| **KRAVITZ, SCHNITZER & JOHNSON**<br><br>/s/ *Gary E. Schnitzer*<br>Gary E. Schnitzer, Esq., SBN 395<br>Email: GSchnitzer@ksjattorneys.com<br><br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Kevin Kieffer, Esq., SBN 7045<br>Email: Kevin.Kieffer@troutman.com<br><br>*Counsel for Defendant*<br>*PHH Mortgage Corporation* | **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq., SBN 12503<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

<u>**ORDER GRANTING**</u>
<u>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 19, 2020

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430