Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA LEE, | Case No. 2:20-cv-00742-APG-EJY |
| Plaintiff, | **STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | Complaint filed:  April 24, 2020 |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from the above captioned action, with prejudice.

//

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: October 20, 2020.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq., SBN 12796 | Jeremy J. Thompson, Esq., SBN 12503 |
| Miles N. Clark, Esq., SBN 13848 | 3800 Howard Hughes Parkway, Suite 500 |
| Shaina R. Plaksin, Esq., SBN 13935 | Las Vegas, NV 89169 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: JThompson@clarkhill.com |
| Las Vegas, NV 89148 | *Counsel for Defendant* |
| Email: Matthew.Knepper@knepperclark.com | *Equifax Information Services, LLC* |
| Email: Miles.Clark@knepperclark.com | |
| Email: Shaina.Plaksin@knepperclark.com | |
| | |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: DKrieger@kriegerlawgroup.com | |
| *Counsel for Plaintiff* | |

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

/s/ *Jennifer R. Bergh*
Jennifer R. Bergh, Esq., SBN 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Email: JBergh@qslwm.com

**ALVERSON TAYLOR & SANDERS**
Trevor Waite, Esq., SBN 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Email: TWaite@alversontaylor.com
*Counsel for Defendant*
*Trans Union LLC*

## ORDER  GRANTING  STIPULATION  OF  DISMISSAL

## OF EQUIFAX INFORMATION WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 20th day of  October  2020